NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: JOERG ROCKENBERGER, MAO TAKASHIMA, FABIO ZURCHER, KEVIN HUBERT, KLAUS KUNZE, WENZHUO GUO, BRENT RIDLEY,**
*Appellants*

---

2017-1035

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 10/789,274.

---

## JUDGMENT

---

ANDREW DAVID FORTNEY, Central California IP Group, PC, Fresno, CA, argued for appellants.

BRIAN RACILLA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, ROBERT MCBRIDE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, CLEVENGER, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  November 14, 2017  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
| | Clerk of Court |